|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| HOLLYN D'LIL, | ) Case No.: 4:11-CV-04927-DMR |
|---|---|
|  | ) |
| Plaintiff, | ) **Civil Rights** |
|  | ) *Assigned to Honorable Donna M. Ryu* |
| vs. | ) |
|  | ) [~~PROPOSED~~] **ORDER RE: CONSENT** |
| SONOMA BREWING COMPANY INC dba | ) **DECREE FOR SETTLEMENT OF** |
| DEMPSEY'S RESTAURANT AND | ) **DAMAGES, ATTORNEY'S FEES, COSTS** |
| BREWERY; GOLDEN EAGLE DELAWARE | ) **AND LITIGATION EXPENSES** |
| LLC; BASIN STREET PROPERTIES; and | ) |
| DOES 1 through 10, Inclusive, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |

## ORDER ON CONSENT DECREE

Pursuant to the Stipulation of the Parties and for good cause shown, the Court makes the following orders:

1. The concurrently filed stipulated CONSENT DECREE FOR SETTLEMENT OF DAMAGES, ATTORNEY'S FEES, COSTS AND LITIGATION EXPENSES is ORDERED and shall be binding on Plaintiff HOLLYN D'LIL and SONOMA BREWING COMPANY INC dba DEMPSEY'S RESTAURANT AND BREWERY; GOLDEN EAGLE DELAWARE LLC; and BASIN STREET PROPERTIES and any successors in interest.

2. The Court shall retain jurisdiction of this action to enforce provisions of this Consent Decree and Order.

**IT IS SO ORDERED.**

Date: September 13, 2012

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE